IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 22-cv-00499-CMA-NRN

SHERYL DELGADO, as personal representative for the Estate of Carolyn Naughton, and on behalf of the wrongful death beneficiaries for Carolyn Naughton,

    Plaintiff,

v.

EMERICARE, INC., *d/b/a* Brookdale Green Mountain,
EMERITUS CORPORATION, *d/b/a* Brookdale Green Mountain-ALR,
BROOKDALE SENIOR LIVING, INC.,
GENGREENMOUNTAIN LLC, *d/b/a* Montage Ridge, and
GENERATIONS, LLC, *a/k/a* Generations-CO, LLC,

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY LAWSUIT PENDING ARBITRATION

The Court, having reviewed the parties' Joint Motion to Stay Lawsuit Pending Arbitration and Render Outstanding Motions Moot (Doc. # 39), and being fully informed of the premises thereof,

HEREBY ORDERS that the motion (Doc. # 39) is GRANTED. Upon further review of the case file, rather than allowing the matter to remain open for an indeterminate number of months, it is

FURTHER ORDERED that pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action. It is

FURTHER ORDERED that the parties shall submit status reports every 90 days from the date of this Order. Within fourteen (14) days of the resolution of arbitration proceedings, the parties are DIRECTED to file a notice informing the Court of the resolution and requesting that the case be either dismissed or reopened. It is

FURTHER ORDERED that the Joint Motion to Compel and Stay Litigation (Doc. # 21) and Plaintiff's Opposed Motion to Permit Arbitration Discovery (Doc. # 31) are DENIED AS MOOT.

DATED:  June 22, 2022

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge